SECOND DEPARTMENT, JANUARY, 2017

(January 6, 2017)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER J. CASSAR, on Behalf of ELIZABETH RASMUSSEN, Petitioner, v VINCENT F. DEMARCO et al., Respondents. [43 NYS3d 906]—

Writ of habeas corpus in the nature of an application to release the defendant on her own recognizance or for bail reduction upon Suffolk County indictment No. 1574M/16.

Adjudged that the writ is sustained, without costs or disbursements, to the extent that bail on Suffolk County indictment No. 1574M/16 is reduced to the sum of $500,000 which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $250,000 as a cash bail alternative, on condition that the defendant surrender any and all passports she may have to the Office of the Suffolk County District Attorney and is prohibited from applying for any new or replacement passports and that the defendant appear at a bail source hearing as directed by the Supreme Court, Suffolk County; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has (1) given an insurance company bail bond in the amount of $500,000 or has deposited the sum of $250,000 as a cash bail alternative, (2) surrendered any and all passports she may have to the Office of the Suffolk County District Attorney, and (3) appeared at a bail source hearing as directed by the Supreme Court, Suffolk County, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Mastro, J.P., Austin, Miller and Maltese, JJ., concur.